# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AHMAD J. COLEMAN, : | |
| *Plaintiff,* : | |
| : | |
| v. : | Case No. 2:21-cv-1251-JDW |
| : | |
| PARKING VIOLATIONS BRANCH, *et al.* : | |
| : | |
| *Defendant.* : | |

## ORDER

AND NOW, this 4th day of June, 2021, for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows:

1. Defendant Commonwealth Of Pennsylvania's Motion To Dismiss Amended Complaint (ECF No. 10) is **GRANTED** and all claims against the Commonwealth of Pennsylvania are **DISMISSED WITH PREJUDICE**;

2. Defendant Philadelphia Parking Authority's Motion To Dismiss (ECF No. 14) is **GRANTED** and all claims against the Philadelphia Parking Authority and the Parking Violations Branch doing business as the Philadelphia Parking Authority are **DISMISSED WITH PREJUDICE**; and

3. Plaintiff Ahmad Coleman's Motion To Deny Philadelphia Parking Authority's Motion To Dismiss Amended Complaint (ECF No. 15) is **DENIED**.

The Clerk of Court shall mark this case closed for statistical purposes.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**